UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON PECK,
    Plaintiff,

v.

Case No. 2:17-cv-10022-BAF-RSW
Hon. Bernard A. Friedman

LAW OFFICES OF
MICHAEL R. STILLMAN, P.C.,
a Michigan corporation,
    Defendant.
_____

## NOTICE OF SETTLEMENT

Plaintiff and Defendant, Law Offices of Michael R. Stillman, P.C., have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Law Offices of Michael R. Stillman, P.C., with prejudice, no later than May 5, 2017.

Respectfully submitted,

/s/ Gary Nitzkin
GARY D. NITZKIN (P41155)
Michigan Consumer Credit Lawyers
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@micreditlawyer.com

March 23, 2017

## PROOF OF SERVICE

     I, Amber Gingiloski, hereby state that on March 23, 2017, I served a copy of the within pleading upon all counsel of record via the ECF System.

                                                        <u>/s/ Amber Gingiloski</u>